The Honorable John H. Chun

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR25-089 JHC |
| Plaintiff, | |
| v. | ORDER GRANTING CONTINUANCE OF ARRAIGNMENT AND EXCLUDING TIME UNDER SPEEDY TRIAL ACT |
| DARYLE JAWON RUTHERFORD, | |
| Defendant. | |

This Court has considered all of the representations made regarding the need for a continuance of the arraignment, currently set for August 14, to September 18, 2025.

THE COURT FINDS, that defendant Daryle Jawon Rutherford needs additional time to retain counsel. Mr. Rutherford has identified defense lawyers to represent him. However, those lawyers cannot appear at the August 14 arraignment because they and Mr. Rutherford need additional time to formalize the appointment. Requiring Mr. Rutherford to appear without counsel would result in a miscarriage of justice. *See* 18 U.S.C. § 3161(h)(7)(B)(i).

Also, this is a complex fraud case that likely will require significant time to prepare. Mr. Rutherford is charged in a seven-count, sixty-nine paragraph indictment

ORDER CONTINUING ARRAIGNMENT - 1
*U.S. v. Rutherford, CR25-089-JHC*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

with a fraud scheme that allegedly lasted several years and resulted in millions of dollars in losses. Dkt. No. ¶¶ 2 & 3. The government's initial production, which it represents it will produce as soon as defense counsel appears, contains more than 82,000 Bates-stamped pages. The government is preparing an additional production with more than 3,500 more documents that span about 19,000 additional Bates-stamped pages. Discovery includes personally identifying information, so the parties anticipate negotiating a protective order. However, they cannot do so until defense counsel appears.

For these and for all of the other reasons set forth by the parties, that the failure to grant a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

THE COURT FURTHER FINDS, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B), that the ends of justice served by continuing the trial in this case outweigh the interest of the public and of the defendant in a speedier trial.

IT IS THEREFORE ORDERED that the arraignment in this case shall be continued for a period of 35 days to September 18, 2025 to allow Mr. Rutherford to retain counsel.

The period of time from the date of this Order, up to and including the new arraignment date, shall be excludable time under 18 U.S.C. § 3161(h)(7)(A).

DATED this 13th day of August, 2025.

*John H. Chun*
_____
HON. JOHN H. CHUN
UNITED STATES DISTRICT COURT JUDGE

ORDER CONTINUING ARRAIGNMENT - 2
*U.S. v. Rutherford, CR25-089-JHC*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  Presented by:

2  /s/ Lauren Watts Staniar
   LAUREN WATTS STANIAR
3  Assistant United States Attorney

4

5  /s/ Michael Schwartz
   MICHAEL SCHWARTZ
6  Attorney for the Defendant

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

ORDER CONTINUING ARRAIGNMENT - 3
*U.S. v. Rutherford, CR25-089-JHC*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970