UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> v.<br><br>DARYLE JAWON RUTHERFORD,<br><br>    Defendant. | Case No.  CR25-089 JHC<br><br>ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO CONTINUE TRIAL DATE AND PRETRIAL MOTIONS DEADLINE |

    This matter came before the Court on defendant Daryle J. Rutherford's unopposed Motion to Continue Trial Date and Pretrial Motions Deadline ("Motion"). The motion was noted for hearing without oral argument. Having considered the motion and all the files and records herein, the Court finds and Orders as follows:

    The facts supporting continuing the trial and excluding the consequent delay are set forth in the Motion to Continue, incorporated by this reference and adopted as findings of fact, and include the following:

    This is the first requested continuance in this matter. Trial is currently set for October 6, 2025, with a motions cutoff of September 29, 2025;

    As set forth in the corresponding motion, the Indictment charges defendant Daryle Jawon Rutherford with various counts of wire fraud and aggravated identity theft. The government has charged Mr. Rutherford with various counts of wire fraud and aggravated identity theft for allegedly obtaining more than $40 million in real estate backed loans through false pretenses. The government has produced more than 100,000 Bates-stamped pages of

ORDER GRANTING STIPULATED MOTION
CONTINUE TRIAL DATE AND PRETRIAL MOTIONS
DEADLINE

1

LAW OFFICE OF ROBERT FLENNAUGH II, PLLC
720 Third Avenue, Suite 2015
Seattle, WA  98104
(206) 447-7422
Fax: (206) 447-7534

discovery, which comprises more than 65 gigabytes of data. That data includes Excel spreadsheets and other documents potentially requiring Expert analysis. The current trial calendar does not give counsel for Mr. Rutherford adequate time to prepare his defense.

Therefore, a failure to grant the continuance of the trial date in this case would likely result in a miscarriage of justice that outweighs the best interest of the public and the defendant in a speedy trial.

Failure to grant the continuance in this case would also deny counsel for the parties the reasonable time necessary for effective preparation, due to defense counsel's need for more time to review all discovery and evidence, consider and prepare possible defenses and motions, consultation with experts and case investigation and additional negotiations with the Government concerning a resolution short of trial, taking into account the exercise of due diligence.

This Court therefore finds that pursuant to 18 U.S.C. § 3161(h)(6) and (7), the requested continuance until September 14, 2026, is a reasonable period of delay given the defendants need for more time to investigate and prepare for trial.

The Court additionally finds that, pursuant to 18 U.S.C. § 3161(h)(6) and (7) that the ends of justice will be best served by a continuance and that those interests outweigh the interests of the public and the defendant in a speedy trial.

NOW THEREFORE IT IS HEREBY ORDERED that:

1. The Unopposed Motion to Continue Trial Date and Pretrial Motions Deadline is GRANTED.

2. The jury trial currently scheduled for October 6, 2025, is continued to September 14, 2026.

3. The pretrial motions deadline of September 29, 2025, is continued to July 14, 2026.

4. Pursuant to 18 U.S.C. § 3161(h)(7)(A), the time between the date of this order and the new trial date is excluded in computing the time within which the trial must be held for purposes of 18 U.S.C. § 3161 5. Counsel for the defense shall notify the Defendant and ensure his attendance at every scheduled hearing and trial.

//
//

ORDER GRANTING STIPULATED MOTION
CONTINUE TRIAL DATE AND PRETRIAL MOTIONS
DEADLINE
2

LAW OFFICE OF ROBERT FLENNAUGH II, PLLC
720 Third Avenue, Suite 2015
Seattle, WA 98104
(206) 447-7422
Fax: (206) 447-7534

IT IS SO ORDERED.

DATED this 2nd day of October, 2025.

_____
The Honorable John H. Chun
United States District Judge

Presented by:

LAW OFFICE OF ROBERT FLENNAUGH II, PLLC

s/ Robert Flennaugh II

Robert Flennaugh II
720 Third Avenue, Suite 2015
Seattle, Washington 98104
Ph: (206) 447-7422 | Fax: (206) 447-7534
Email: robert@flennaughlaw.com
Attorney for Defendant Daryle Rutherford

ORDER GRANTING STIPULATED MOTION
CONTINUE TRIAL DATE AND PRETRIAL MOTIONS
DEADLINE

3

LAW OFFICE OF ROBERT FLENNAUGH II, PLLC
720 Third Avenue, Suite 2015
Seattle, WA  98104
(206) 447-7422
Fax: (206) 447-7534