UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DARYLE JAWON RUTHERFORD<br>a/k/a "DJ RUTHERFORD,"<br><br>Defendant. | NO. CR25-089-JHC<br><br>UNOPPOSED MOTION AND SCHEDULING ORDER |

The Government moves the Court to enter the following proposed scheduling order in the above-captioned case. Defendant does not oppose the motion. Counsel for the government conferred with counsel for Daryle Rutherford over email, and all parties approve of the following proposed scheduling order.

| Event | Deadline |
|---|---|
| Government Expert disclosure case-in-chief | May 26, 2026 |
| Defense Expert disclosure case-in-chief and rebuttal | June 22, 2026 |

Motion & Scheduling Order - 1
*United States v. Rutherford* / CR25-089JHC

| Event | Deadline |
|---|---|
| Government rebuttal expert disclosure deadline | July 6, 2026 |
| Pretrial motions filing date | July 14, 2026 |
| Government's exhibit list filing deadline | August 3, 2026 |
| Government's trial brief filing deadline | August 3, 2026 |
| Disclosure of government's witness list | August 3, 2026 |
| Government's proposed jury instructions and verdict form | August 3, 2026 |
| Government's notice of intent to introduce evidence under Federal Rule of Evidence 404(b) | August 3, 2026 |
| Defense exhibit list filing deadline | August 14, 2026 |
| Defense trial brief filing date | August 14, 2026 |
| Disclosure of defense witness list | August 14, 2026 |
| Defense proposed jury instructions and verdict form | August 14, 2026 |
| Motions in limine filing date | August 24, 2026 |
| Motions in limine response date | August 31, 2026 |
| Proposed voir dire | September 2, 2026 |
| Government's supplemental proposed jury instructions | September 2, 2026 |
| Pretrial Conference | September 7, 2026 |

Motion & Scheduling Order - 2
*United States v. Rutherford* / CR25-089JHC

| Event | Deadline |
|---|---|
| Trial | September 14, 2026 |

//

DATED this 20th day of October, 2025.

Respectfully submitted,

CHARLES NEIL FLOYD
United States Attorney

/s Lauren Watts Staniar
LAUREN WATTS STANIAR
Assistant United States Attorney

*I certify this filing contains 300 words in compliance with the Local Criminal Rules.*

1 | The Court hereby grants the government's unopposed motion for scheduling order. The parties are ordered to observe the scheduling order set forth above.

IT IS SO ORDERED.

DATED: October 20, 2025.

*[signature: John H. Chun]*
JOHN H. CHUN
United States District Judge