UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>DARYLE JAWON RUTHERFORD<br>a/k/a "DJ RUTHERFORD,"<br><br>Defendant. | NO. CR25-089-JHC<br><br>JOINT MOTION AND AMENDED<br>SCHEDULING ORDER<br><br>NOTE ON MOTION CALENDAR:<br><br>March 24, 2026 |

The parties jointly move the Court to enter the following proposed amended scheduling order in the above-captioned case. In the proposed amended protective order, the parties seek a one-month extension of the expert disclosure deadlines. A redline showing the proposed changes to the scheduling order is attached here as Exhibit A.

There is good cause to amend the current scheduling order. Due to unforeseen health issues, defendant Daryle Rutherford has been unable to participate in his defense, including by consulting on potential expert disclosures. All parties agree that the one-month extension is necessary to give both parties adequate time to prepare for expert disclosures and subsequent trial.

Scheduling Order - 1
*United States v. Rutherford* / CR25-089JHC

The parties do not at this time request an extension of any other case deadlines. If the parties anticipate litigation surrounding expert disclosures, the parties will propose a briefing schedule after those disclosures are exchanged.

| Event | Deadline |
|---|---|
| Government Expert disclosure case-in-chief | June 23, 2026 |
| Pretrial motions filing date | July 14, 2026 |
| Defense Expert disclosure case-in-chief and rebuttal | July 21, 2026 |
| Government rebuttal expert disclosure deadline | August 3, 2026 |
| Government's exhibit list filing deadline | August 3, 2026 |
| Government's trial brief filing deadline | August 3, 2026 |
| Disclosure of government's witness list | August 3, 2026 |
| Government's proposed jury instructions and verdict form | August 3, 2026 |
| Government's notice of intent to introduce evidence under Federal Rule of Evidence 404(b) | August 3, 2026 |
| Defense exhibit list filing deadline | August 14, 2026 |
| Defense trial brief filing date | August 14, 2026 |
| Disclosure of defense witness list | August 14, 2026 |
| Defense proposed jury instructions and verdict form | August 14, 2026 |

Scheduling Order - 2
*United States v. Rutherford* / CR25-089JHC

| Event | Deadline |
|---|---|
| Motions in limine filing date | August 24, 2026 |
| Motions in limine response date | August 31, 2026 |
| Proposed voir dire | September 2, 2026 |
| Government's supplemental proposed jury instructions | September 2, 2026 |
| Pretrial Conference | September 7, 2026 |
| Trial | September 14, 2026 |

//

DATED this 24th day of March, 2026,

Respectfully submitted,

/s Lauren Watts Staniar
LAUREN WATTS STANIAR
Assistant United States Attorney

/s/ Robert Flennaugh
ROBERT FLENNAUGH, ESQ
MICHAEL SCHWARTZ, ESQ.
Attorneys for Defendant Daryle
Rutherford

*I certify this filing contains 284 words in compliance with the Local Criminal Rules.*

Scheduling Order - 3
*United States v. Rutherford* / CR25-089JHC

ORDER

The Court hereby grants the joint motion for amended scheduling order.  The parties are ordered to observe the amended scheduling order set forth above.

IT IS SO ORDERED.

DATED: March 24, 2026.

_____
JOHN H. CHUN
United States District Judge