UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR25-089-JHC |
| Plaintiff, | |
| v. | ORDER OF DISMISSAL |
| DARYLE JAWON RUTHERFORD a/k/a "DJ RUTHERFORD", | |
| Defendant. | |

This matter comes before the Court upon the notice of the United States for leave to dismiss all pending charges in this matter as to Defendant Daryle Jawon Rutherford.  Dkt. # 29.

IT IS HEREBY ORDERED:

All pending counts in the above-captioned case against the above-captioned Defendant are dismissed, without prejudice.

Order of Dismissal - 1
*U.S. v. RUTHERFORD, CR25-089-JHC*

DATED this 10th day of June, 2026.

_John H. Chun_
JOHN H. CHUN
United States District Judge

Order of Dismissal - 2
*U.S. v. RUTHERFORD, CR25-089-JHC*